IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL S. BENA | **ORIGINAL** |
| Plaintiff(s) | Civil Action No. L 02 CV 3369 |
| vs. | FEE PAID #1189349 |
| CSX TRANSPORTATION, INC. | FEE NOT PAID (SEE LETTER) |
| Defendant(s) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Gerald F. Gay__ Esquire a member of the Bar of this court, moves the admission of __Steven Sibley Nelson__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Michael S. Bena__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __Ohio, Virginia, West Virginia, and the District of Columbia__

and/or the following United States Court(s): __U.S. Supreme Court; Fourth Circuit Court of Appeals, Northern and Southern District Courts of Ohio, Southern District of West Virginia Eastern and Western Duistrict of VA; Western District of PA, Southern District of Indiana.__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __Not Applicable__

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U.S. DISTRICT COURT

Revised 6/98

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or Gerald F. Gay _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| ARNOLD, SEVEL & GAY, P.A. | MOODY, STROPLE, KLOEPPEL & BASILONE, INC. |
| Signature Gerald F. Gay | Signature Steven Sibley Nelson |
| 2 North Charles Street, Suite 560 | Suite 300, 500 Crawford Street |
| Address | Address |
| Baltimore, Maryland 21201-3754 | Portsmouth, Virginia 23705 |
| 410-837-0215 | 757-393-4093.   Prid 293237 |
| Office phone number | Office phone number   Plid 100441 |
| 410-837-7820 | 757-397-7257 |
| Fax number | Fax number |
| 01014 | |
| Md. U.S. District Court Number | |

**ORDER**

Motion ____✓____ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

_10-23-02_                           Felicia C. Cannon
Dated                                Clerk, United States District Court

                                     by: Lisa Stavrou