ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL S. BENA           *
                          *
          Plaintiff(s)    *    Civil Action No.  L-02-3369
                          *
    vs.                   *
                          *
CSX TRANSPORTATION, INC.  *
                          *
          Defendant(s)    *
********************************************************************************

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court,  Gerald F. Gay, Esquire

member of the Bar of this court, moves the admission of  Claude W. Anderson, Jr. Esquire

to appear pro hac vice in the captioned proceeding as counsel for  Michael S. Bena

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of

Virginia and North Carolina

and/or the following United States Court(s): Eastern District of Virginia, Eastern District of North Carolina

and/or the following United States Court(s): United States Court of Appeals for the Fourth Circuit

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court  0  time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows:  Not Applicable

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK, U.S. DISTRICT COURT

Revised 6/98

4) The proposed admitte is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admitee in this proceedings will be the undersigned or

_Gerald F. Gay_, Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does note constitute formal admission to the bar of this Court.

Respectfully submitted,

**MOVANT:**
ARNOLD, SEVEL & GAY, P.A.

_/s/ Gerald F. Gay_
Signature   Gerald F. Gay

2 North Charles Street, Suite 560
Address

Baltimore, Maryland 21201-3754

410-837-0215
Office phone number

410-837-7820
Fax Number

01014
Md. U.S. District Court Number

**PROPOSED ADMITTEE:**
MOODY, STROPLE, KLOEPPEL, BASILONE & HIGGINBOTHAM, INC.

_/s/ Claude W. Anderson_
Signature   Claude W. Anderson, Jr.

Suite 300, 500 Crawford Street
Address

Portsmouth, Virginia 23704

Prid 297366
Plid 100441

757-393-4093
Office phone number

757-397-7257
Fax Number

## ORDER

Motion ✓ GRANTED

Motion ___ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion ___ DENIED

_1-29-03_
Dated

Felicia C. Cannon

Clerk, United States District Court

by _/s/ Lina Stover_