IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | |
|---|---|
| MICHAEL S. BENA | * |
|    *Plaintiff* | * |
| v. | *  Civil Court Action No: L02CV3369 |
| *CSX TRANSPORTATION, INC.* | * |
|    *Defendant* | * |

\* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE

**I HEREBY CERTIFY** that on this **20th** day of **March, 2003**, copies of this Notice of Service and Defendant CSX Transportation, Inc.'s Notice to Take Deposition of Plaintiff, Expert Witness, Gary Mallen, were mailed, postage prepaid, to the following:

>Gerald F. Gay, Esquire
>Arnold Sevel & Gay
>Two North Charles Street
>Suite 560
>Baltimore, Maryland 21201-3754
>
>Woody Anderson, Esquire
>Moody, Strople, Kloeppel & Basilone, Inc.
>BB&T Bank Building – Suite 300
>500 Crawford Street
>Portsmouth, Virginia 23705
>
>    *Attorneys for Plaintiff*

>    */s/ Stephen B. Caplis*
>    _____
>    Stephen B. Caplis
>    Whiteford, Taylor & Preston L.L.P.
>    1400 First Union Tower
>    Seven Saint Paul Street
>    Baltimore, Maryland 21202-1626
>    410-347-8700
>      *Attorney for Defendant,*
>      *CSX Transportation, Inc.*