UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                          Reply to Northern Division Address

March 27, 2003

                Re:     Bena v. CSX Transportation
                        WDQ 02-3369

Dear Counsel/Parties:

      This case has been **reassigned** to the judge noted below. Please note that the letter (s) preceding the case number above represent the initials of the judge to whom the case has been reassigned and who will hereafter handle all aspects of the case. **It is important that you use this case number on all subsequent papers**. Any papers which fail to carry the correct case number may be returned to the sender.

      All papers should be filed in the Clerk's Office, Room 4415. Please contact the staff members listed below regarding any problems or questions.

                REASSIGNED TO JUDGE:  William D. Quarles, Jr.
                DOCKETING CLERK:      Evaleen Gibbons

                                        Sincerely,

                                      Felicia C. Cannon, Clerk

                                By: _____/s/_____
                                      Evaleen Gibbons
                                      Deputy Clerk

cc:    Judges
       Civil/Criminal Report

U.S. District Court (5/2001) - Case reassignment letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov