WHITEFORD, TAYLOR & PRESTON
L.L.P.

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND 21202-1626
410 347-8700
FAX 410 385-0626
www.wtplaw.com

210 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4515
TELEPHONE 410 832-2000
FAX 410 832-2015

20 COLUMBIA CORPORATE CENTER
10420 LITTLE PATUXENT PARKWAY
COLUMBIA, MARYLAND 21044-3528
TELEPHONE 410 884-0700
FAX 410 884-0719

1025 CONNECTICUT AVENUE, NW
WASHINGTON, D.C. 20036-5405
TELEPHONE 202 659-6800
FAX 202 331-0573

1317 KING STREET
ALEXANDRIA, VIRGINIA 22314-2928
TELEPHONE 703 836-5742
FAX 703 836-0265

STEPHEN B. CAPLIS
DIRECT NUMBER
410 347-8740
scaplis@wtplaw.com

April 11, 2003

**HAND DELIVERED**
Honorable William D. Quarles, Jr.
U.S. District Court Judge
U.S. District Court for the District of Maryland
Room 3A
101 W. Lombard Street
Baltimore, MD 21202

      Re:    <u>Michael Bena v. CSXT</u>
              WDQ 02-3369
              (Joint Status Report)

Dear Judge Quarles:

      Pursuant to Section III of the Scheduling Order filed in this case December 3, 2002, I submit, on behalf of both parties, the following joint status report. The contents herein have been agreed upon by myself and Mr. Anderson, counsel for Plaintiff.

      a.    (<u>DISCOVERY</u>): There are a few discovery matters left to complete, but the trial date of September 22 should be unaffected. Plaintiff owes defendant his economic loss reports (economist, and, if applicable, vocational rehabilitationist). Plaintiff believes that he can accomplish this in the next thirty (30) days, after which defendant shall have thirty (30) days to submit its rebuttal reports, if any. Plaintiff has agreed to undergo an Independent Medical Examination, which defendant will schedule in the next forty-five (45) days. The Court is requested to approve these agreements.

      b.    (<u>PENDING MOTIONS</u>): None.

      c.    (<u>DISPOSITIVE MOTIONS</u>): Defendant intends to file a summary judgment motion on or before the deadline of May 16, 2003.

      d.    (<u>TRIAL DATE</u>): Trial is set for September 22, 2003. A jury trial has been prayed. Trial should last 3-4 days.

      e.    (<u>SETTLEMENT NEGOTIATIONS</u>): No discussions have occurred, as liability is contested.

      f.    (<u>ADR</u>): If defendant's summary judgment motion is denied, a settlement conference with another judge would be advisable.

      g.    (<u>MAGISTRATE</u>): Both parties consent to all further proceedings being conducted by a U.S. Magistrate Judge. If necessary, counsel for each party will sign the appropriate consent.

      h.    (<u>OTHER MATTERS</u>): None.

                    Respectfully,

                    Stephen B. Caplis

SBC:drc

cc:    Claude W. Anderson, Esq.

*1484989*