# *Moody, Strople, Kloeppel,*
# *Basilone & Higginbotham, Inc.*

ATTORNEYS AT LAW

April 16, 2003

**VIRGINIA OFFICE**

SUITE 300, 500 CRAWFORD ST.
POST OFFICE BOX 1138
PORTSMOUTH, VIRGINIA 23705

TELEPHONE (757) 393-4093
FACSIMILE (757) 397-7257
TOLL FREE (800) 368-1033

WILLARD J. MOODY, SR.
*LICENSED IN VA*

RAYMOND H. STROPLE
*LICENSED IN VA*

BYRON P. KLOEPPEL
*OF COUNSEL*

WILLARD J. MOODY, JR.
*LICENSED IN VA, FL, WV & NC*

ROBERT A. SMALL
*LICENSED IN VA, DC & MA*

JOHN E. BASILONE
*LICENSED IN VA & WV*

E. STANLEY MURPHY
*LICENSED IN VA*

JOHN C. HENRY
*LICENSED IN VA & LA*

JOHN W. HALL
*LICENSED IN VA*

ANDREW K. CHAFIN
*LICENSED IN VA & WV*

CLAUDE W. ANDERSON, JR.
*LICENSED IN VA & NC*

PHILIP L. BRADFIELD
*LICENSED IN VA*

MICHAEL R. DAVIS
*LICENSED IN VA*

PAUL G. MOODY
*LICENSED IN VA*

MICHAEL T. SCIANCALEPORE
*DIRECTOR OF ADMINISTRATION
AND FINANCE*

JACKIE W. DUNN
*DIRECTOR OF INVESTIGATIONS
AND MARKETING*

**ASBESTOS DEPARTMENT**

TELEPHONE (757) 393-6020
TOLL FREE (800) 793-4816
FACSIMILE (757) 399-3019

OF COUNSEL FOR FELA
ASBESTOS LITIGATION
H. SEWARD LAWLOR
OF GLASSER AND GLASSER, P.L.C.
TELEPHONE (757) 625-6787
TOLL FREE (800) 874-5890

**FLORIDA OFFICE**

SUITE 105, 7400 BAYMEADOWS WAY
JACKSONVILLE, FLORIDA 32256
TELEPHONE (904) 256-0018
FACSIMILE (904) 256-0019
TOLL FREE (800) 813-8608

WILLARD J. MOODY, JR.
*LICENSED IN FL, VA, WV & NC*

WM. EARL HIGGINBOTHAM
*LICENSED IN FL*

The Honorable Magistrate Judge Bredar
United States District Court
for the District of Maryland
Room 3A, 101 W. Lombard Street
Baltimore, Maryland 21202

    **Re:**    ***Michael S. Bena v. CSX Transportation, Inc.***
           ***United States District Court, District of Maryland***
           ***Civil No.: WDQ-02-CV-3369***

Dear Judge Bredar:

    I am writing to advise you that the above-referenced matter has been settled between the parties. Once the necessary settlement paperwork has been executed, I will be forwarding an order to you dismissing this matter with prejudice.

    In the meantime, if you need any further information, please feel free to contact my office.

                                          Respectfully submitted,

                                          Claude W. Anderson, Jr.

CWAjr/peg
cc:    Steven Caplis, Esquire